# EXHIBIT B



United States Government
**NATIONAL LABOR RELATIONS BOARD**
Region 9
3003 John Weld Peck Federal Building
550 Main Street
Cincinnati, Ohio 45202-3271

Telephone: (513) 684-3686
Facsimile: (513) 684-3946

October 8, 2010

Mr. Jeffery E. Lucas
4992 Fords Mill Road
Versailles, KY 40383

        Re: UPS
            Case 9-CA-45812

Dear Mr. Lucas:

    The Region has carefully investigated and considered your charge against <u>UPS</u> alleging violations under Section 8 of the National Labor Relations Act.

    *Decision to Dismiss:* Based on that investigation, I have concluded that further proceedings are not warranted, and I am dismissing your charge for the following reasons:

    The charge alleges that on or about February 1, 2010, the Employer terminated your employment because of your Union activities in violation of Section 8(a)(1) and (3) of the Act. The investigation disclosed that you filed a grievance concerning the termination which was processed through the grievance procedure that is contained in the parties' collective bargaining agreement. A Kentucky Joint State Grievance Committee rendered its decision in favor of the Employer, denying the grievance, on March 25, 2010. The Board defers to such a decision unless it can be shown that the proceedings were not fair and regular, that the unfair labor practice issue was not presented or considered, or that the decision is repugnant to the purposes and policies of the Act. *Spielberg Mfg. Co.* 112 NLRB 1080 (1955), *Olin Corp* 268 NLRB 573 (1984). The evidence failed to establish that any of these standards were not met. Accordingly, further proceedings are not warranted and I am refusing to issue complaint.

    *Your Right to Appeal:* The National Labor Relations Board Rules and Regulations permit you to obtain a review of this action by filing an appeal with the ACTING GENERAL

(over)

COUNSEL of the National Labor Relations Board. Use of the Appeal Form (Form NLRB-4767) will satisfy this requirement. However, you are encouraged to submit a complete statement setting forth the facts and reasons why you believe that the decision to dismiss your charge was incorrect.

*Means of Filing:* An appeal may be filed electronically, by mail, or by delivery service. Filing an appeal electronically is preferred but not required. The appeal MAY NOT be filed by fax. To file an appeal electronically, go to the Agency's website at www.nlrb.gov, click on **E-GOV**, select **E-Filing**, and follow the detailed instructions. To file an appeal by mail or delivery service, address the appeal to the Acting General Counsel at the National Labor Relations Board, Attn: Office of Appeals, 1099 14th Street, N.W., Washington D.C. 20570-0001. Unless filed electronically, a copy of the appeal should also be sent to me.

*Appeal Due Date and Time:* The appeal is due on **October 22, 2010**. If you file the appeal electronically, it will be considered timely filed if the transmission of the entire document through the Agency's website is accomplished **no later than 11:59 p.m. Eastern Time** on the due date. If you mail the appeal or send it by a delivery service, it must be received by the Acting General Counsel in Washington, D.C. by the close of business at **5:00 p.m. Eastern Time** or be postmarked or given to the delivery service no later than **one day before the due date set forth above.**

*Extension of Time to File Appeal:* Upon good cause shown, the Acting General Counsel may grant you an extension of time to file the appeal. A request for an extension of time may be filed electronically, by fax, by mail, or by delivery service. To file electronically, go to www.nlrb.gov, click on **E-Gov**, select **E-Filing**, and follow the detailed instructions. The fax number is (202) 273-4283. A request for an extension of time to file an appeal **must be received on or before the original appeal due date.** A request for an extension of time that is mailed or given to the delivery service and is postmarked or delivered to the service before the appeal due date but received after the appeal due date will be rejected as untimely. Unless filed electronically, a copy of any request for extension of time should be sent to me.

*Confidentiality/Privilege:* Please be advised that we cannot accept any limitations on the use of any appeal statement or evidence in support thereof provided to the Agency. Thus, any claim of confidentiality or privilege cannot be honored, except as provided by the FOIA, 5 U.S.C. 552, and any appeal statement may be subject to discretionary disclosure to a party upon request during the processing of the appeal. In the event the appeal is sustained, any statement or material submitted may be subject to introduction as evidence at any hearing that may be held before an administrative law judge. Because we are required by the Federal Records Act to keep copies of documents used in our case handling for some period of years after a case closes, we may be required by the FOIA to disclose such records upon request, absent some applicable exemption such as those that protect confidential source, commercial/financial information or personal privacy interests (e.g., FOIA Exemptions 4, 6, 7(C) and 7(d), 5 U.S.C. § 552(b)(4), (6), (7)(C), and (7)(D)). Accordingly, we will not honor any requests to place limitations on our use of appeal statements or supporting evidence beyond those prescribed by the foregoing laws, regulations, and policies.

*Notice to Other Parties of Appeal:* You should notify the other party(ies) to the case that an appeal has been filed. Therefore, at the time the appeal is sent to the Acting General Counsel,

2

please complete the enclosed Appeal Form (NLRB-4767) and send one copy of the form to all parties whose names and addresses are set forth in this letter.

            Very truly yours,

            */s/ Gary W. Muffley*
            Gary W. Muffley
            Regional Director

GWM/KPL/md

Attachments (5)

cc: Mr. Darren Jones
   Attorney at Law
   United Parcel Service, Inc.
   Corporate Legal Department
   55 Glenlake Parkway, N.E., Bldg. 3, Fl 4
   Atlanta, GA 40428

   Mr. David L. Hoskins
   Attorney at Law
   Frost, Brown & Todd, LLC
   400 West Market Street, 32nd Floor
   Louisville, KY 40202-3363

   Mr. Hank Forker
   Lexington South Central Manager
   United Parcel Service
   1800 Mercer Road
   Lexington, KY 40511

   Mr. Gary W. Muffley
   Regional Director
   National Labor Relations Board, Region 9
   3003 John Weld Peck Federal Building
   550 Main Street
   Cincinnati, OH 45202

   Acting General Counsel
   National Labor Relations Board
   1099 - 14th Street, N.W.
   Washington, D.C. 20570